1 SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2 2300 Tulare Street, Suite 230
Fresno, CA 93721
3 Telephone: 559.233.1000
Facsimile: 559.233.6044
4

5 Attorney for Defendant, GREGORY BRIAN WALKER

6

7

8 IN THE UNITED STATES DISTRICT COURT FOR THE

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>GREGORY BRIAN WALKER,<br><br>    Defendant. | CASE NUMBER: 1:06-CR-00418-LJO<br><br>STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE CONDITIONS |

As a result of consultation with Pretrial Services Officer Dan Stark, it is stipulated by and between defendant GREGORY BRIAN WALKER by and through his attorney Salvatore Sciandra and the United States Government by and through Assistant United's States Attorney Kathleen Servatius that defendant GREGORY WALKER's condition of pretrial release be modified to eliminate drug counseling.

DATED: April 30, 2008                               /s/ Salvatore Sciandra
                                                    SALVATORE SCIANDRA
                                                    Attorney for Defendant,
                                                    GREGORY B. WALKER


DATED: April 30, 2008                               /s/ Kathleen A. Servatius
                                                    KATHLEEN A. SERVATIUS
                                                    Assistant United States Attorney

/ / /

**ORDER**

IT IS SO ORDERED.

**Dated:    April 30, 2008**                                    **/s/ Sandra M. Snyder**
                                                                               UNITED STATES MAGISTRATE JUDGE