1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, GREGORY B. WALKER

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:06-CR-00418-LJO |
| 11 | Plaintiff, ) | STIPULATION ;  ORDER FOR A RESETTING OF HEARING ON REPORT |
| 12 | v. ) | OF PROBATION OFFICER |
| 13 | GREGORY B. WALKER, ) | Date:      Friday, June 20, 2008 |
| 14 | Defendant. ) | Time:      9:00 a.m. Courtroom: Honorable Lawrence J. O'Neill |
| 15 | | |

16      **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the date set for hearing on the presentence report of the

18 probation officer and sentencing be extended as follows:   move from Friday, June 20, 2008 at 9:00

19 a.m. to Friday, July 11, 2008 at 9:00 a.m.

20      The reason for this request is as follows:  I believed I had set a matter in the Manteca Division

21 of the San Joaquin Superior Court for a hearing at 1:30 p.m. on Friday, June 20, 2008 when in fact the

22 matter was set for 8:30 a.m. on June 20, 2008.  I have made an attempt to have the matter trailed to

23 1:30 p.m. without success.  Therefore, I have a conflict between an in custody state defendant and an

24 out of custody federal defendant.

25                                          Respectfully submitted,

26
   DATED: June 16, 2008                     /s/   Salvatore Sciandra
27                                          SALVATORE SCIANDRA
                                            Attorney for Defendant,
28

1  / / /

2  / / /

3  / / /

4  / / /

5  DATED:  June 16, 2008                    /s/   Kathleen A. Servatius
                                            KATHLEEN A. SERVATIUS
6                                           Assistant United States Attorney

7

8                                  **ORDER**

9  GOOD CAUSE TO CONTINUE HAS BEEN ESTABLISHED IN THE DECLARATION OF

10  DEFENSE COUNSEL SCIANDRA.  THE REQUEST IS GRANTED.

11
    IT IS SO ORDERED.
12
    **Dated:   June 17, 2008**                /s/ Lawrence J. O'Neill
13                                             UNITED STATES DISTRICT JUDGE

U.S. v. WESLEY SMILEY
STIPULATION AND [PROPOSED] ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER
CASE NUMBER: 1:06-CR-00171-OWW                                                                  2