1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044

4

5  Attorney for Defendant, GREGORY B. WALKER

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   CASE NUMBER: 1:06-CR-00418-LJO
                                    )
11              Plaintiff,          )   STIPULATION AND  ORDER FOR A
                                    )   RESETTING OF HEARING ON REPORT
12 v.                               )   OF PROBATION OFFICER
                                    )
13 GREGORY B. WALKER,               )   Date:      Friday, July 11, 2008
                                    )   Time:      9:00 a.m.
14              Defendant.          )   Courtroom: Honorable Lawrence J. O'Neill
   _____ )

15

16     **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17 the defendant by and through his attorney, that the date set for hearing on the presentence report of the

18 probation officer and sentencing be extended as follows:  move from Friday, July 11, 2008 at 9:00 a.m.

19 to Friday, July 18, 2008 at 9:00 a.m.

20     The reason for this request is as follows: it has become necessary for me to travel to the Los

21 Angeles area to care for my elderly mother between the dates of July 10, 2008 and July 14, 2008. My

22 sister is my mother's primary caretaker however she will be out of town on the above dates and no

23 other satisfactory arrangement for 24-hour care and administration of medications can be arranged.

24                                          Respectfully submitted,

25
   DATED: July 8, 2008                      /s/   Salvatore Sciandra
26                                          _____
                                           SALVATORE SCIANDRA
                                           Attorney for Defendant,
27                                          WESLEY SMILEY

28 / / /

1  / / /

2  / / /

3  / / /

4  DATED: July 8, 2008                    /s/   Kathleen A. Servatius
                                          KATHLEEN A. SERVATIUS
5                                         Assistant United States Attorney

6
   GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE.
7
   IT IS SO ORDERED.
8
   **Dated:   July 9, 2008**            /s/ Lawrence J. O'Neill
9                                       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28