McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:06-cr-00418 LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S EX PARTE APPLICATION TO EXTEND SURRENDER DATE AND REQUEST FOR SEALING |
| GREGORY BRIAN WALKER, | ) | |
| Defendant. | ) | |

The government has no objection to the defendant's request for an extension of his surrender date.  Based on the information contained in the defendant's Application, Document 208 and 209, the government requests that the court seal the Application filed October 22, 2008 and that it remain under seal until further order of the court.

Dated: October 24, 2008                                            McGREGOR W. SCOTT
                                                                                         United States Attorney


                                                                                         By: /s/ Laurel J. Montoya
                                                                                         LAUREL J. MONTOYA
                                                                                         Assistant U.S. Attorney

<u>ORDER SEALING DOCUMENTS FILED</u>

IT IS SO ORDERED that the Application filed by the defendant on October 22, 2008, Document 208 and 209, be sealed until further order of the court.

DATED: __October 24, 2008____        ____/s/ Lawrence J. O'Neill_____
                                     United States District Court Judge