SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, GREGORY BRIAN WALKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06-CR-00418-LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | APPLICATION AND ORDER TO EXTEND SURRENDER DATE |
| GREGORY BRIAN WALKER, | ) | |
| Defendant. | ) | |

NOW COMES defendant GREGORY BRIAN WALKER and hereby requests this Court to vacate his current self surrender date of June 23, 2009 and enter a new and different order that he surrender himself on November 2, 2009, to the prison designated for him by the United States Marshals Office. This delay in defendant WALKER's self surrender date is necessary because defendant WALKER has agreed to provide information to the United States Attorney's Office concerning an unrelated federal prosecution. Counsel for Mr. WALKER has been in contact with AUSA Mark Cullers and he has expressed interest in de-briefing Mr. WALKER and has also agreed to a delay in Mr. WALKER's self surrender date subject to court approval.

DATED: June 17, 2009                                          /s/ Salvatore Sciandra
                                                                              SALVATORE SCIANDRA
                                                                              Attorney for Defendant,
                                                                              GREGORY B. WALKER

1  / / /

2  / / /

3  / / /

4  DATED: June 17, 2009                               /s/   Mark Cullers
                                                     MARK CULLERS
5                                                    Assistant United States Attorney

6

7                                          **ORDER**

8       The previously ordered self surrender date of defendant WALKER in the above-entitled matter

9  is vacated.  The defendant WALKER must surrender himself to the institution designated for him by

10 the United States Marshals Office on November 2, 2009.

11

12 IT IS SO ORDERED.

13 **Dated:    June 19, 2009**                       **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE